# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00470-CV

**Enrique Flores, Appellant**

**v.**

**Security State Bank & Trust and Billy Joe Morris, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-10-001396, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss his appeal. Appellant states that he no longer wishes to pursue his appeal. Appellant certifies that he has conferred with appellee Security State Bank & Trust and that it does not oppose this motion. Appellant further states that appellee Billy Joe Morris did not appear in the trial court and has not responded to correspondence from appellant's counsel. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson, and Goodwin

Dismissed on Appellant's Motion

Filed:   January 13, 2012